IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | CRIMINAL ACTION |
| KEVINO GRAHAM;<br>RENATO TEIXERA;<br>BRIAN WRIGHT; and<br>RAFFAEL ROBINSON<br>    Defendants. | : | NO. 14-623-1 |

## ORDER

AND NOW, this 15th day of January, 2016, upon consideration of Defendant Kevino Graham's pro se Motion to Dismiss All Counts of 18 U.S.C. § 1594(a) [sic] (Doc. No. 190), said Motion is hereby DENIED.[1]

BY THE COURT:

/s/ C. Darnell Jones   II          J.

---

[1] Defendant misconstrues the definition of "attempt," as defined by 18 U.S.C. § 2.