IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | | CRIMINAL ACTION |
| v. | | NO. 14-623-1 |
| | : | |
| KEVINO GRAHAM | | |
| Defendant. | | |

## ORDER

AND NOW, this 28th day of September, 2016, in accordance with a hearing held on September 26, 2016, it is hereby ORDERED as follows:

(1) Defendant's pro se Amended Motion for Recusal (ECF No. 292) and pro se Motion for Dismissal of Count 2 and Count 3 (ECF No. 321) are DENIED;[1]

(2) Defendant's pro se Motion for Writ of Mandamus (ECF No. 294) is DENIED as improperly filed;[2]

(3) Defendant's pro se Motion to Requesting New Council [sic] (ECF No. 319) is DENIED as moot; and,

(4) Defendant's counseled Motion for Judgment of Acquittal and for New Trial (ECF No. 245) is DENIED without prejudice.[3]

BY THE COURT:

/s/ C. Darnell Jones   II        J.

---

[1] *See* ECF Nos. 183 ¶ 3, 242 ¶ 3, 249 n.1, 252, 270 n.2.

[2] Mr. Graham has since filed his request with the Third Circuit Court of Appeals.

[3] As referenced in note 2 herein, Mr. Graham is seeking disciplinary action against this Court through the Third Circuit Court of Appeals. Said Court received his complaint on September 7, 2016. Therefore, a briefing schedule regarding Mr. Graham's post trial motions shall be determined once a decision has been made regarding the complaint.